# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Paul Woods

                                         Plaintiff,

v.                                                            Case No.: 1:23−cv−03892
                                                             Honorable Steven C. Seeger

Cortland Capital Market Services, LLC, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 5, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: In light of the filing of the amended complaint (Dckt. No. [18]), the motion to dismiss the original complaint (Dckt. No. [10]) is denied as moot. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.